1  Trevor W. Barrett (SBN 287174)
   tbarrett@donigerlawfirm.com
2  Benjamin F. Tookey (SBN 330508)
   btookey@donigerlawfirm.com
3  DONIGER/BURROUGHS
4  603 Rose Avenue
   Venice California 90291
5  Telephone: (310) 590-1820
6
7  *Attorneys for Plaintiff*
8
9              **UNITED STATES DISTRICT COURT**
10            **CENTRAL DISTRICT OF CALIFORNIA**
11  KLAUBER BROTHERS, INC., a New          Case No.:
    York corporation,
12                                         PLAINTIFF'S COMPLAINT FOR:
13  Plaintiff,                             1.  COPYRIGHT INFRINGEMENT;
14  v.                                         AND
15  SHEIN DISTRIBUTION CORP., a            2.  VICARIOUS AND/OR
16  Delaware corporation; ZOETOP              CONTRIBUTORY COPYRIGHT
    BUSINESS CO., LTD., individually and     INFRINGEMENT
17  doing business as "SHEIN", a Hong Kong
    private limited company; and DOES 1    **Jury Trial Demanded**
18  through 10,
19
20  Defendants.
21
22
23
24
25
26
27
28

                          1
                     COMPLAINT

Plaintiff Klauber Brothers, Inc. ("Klauber" or "Plaintiff"), by and through its undersigned attorneys, complains and alleges against Defendants as follows:

## NATURE OF ACTION

1.     Plaintiff seeks injunctive relief and damages stemming from Defendants Shein Distribution Corp., Zoetop Business Co., Ltd., and DOES 1 through 10's acts of copyright infringement in violation of the laws of the United States of America.

## JURISDICTION AND VENUE

2.     This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101, *et seq.*

3.     This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a) and (b).

4.     The Court has personal jurisdiction over Defendants, and each of them, because Defendants have purposefully directed their unlawful conduct to this judicial district and have conducted substantial business in this judicial district.

5.     Venue is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Venue and personal jurisdiction may also be appropriate under Fed. R. Civ. P. 4(k)(2).

## PARTIES

6.     Klauber is a corporation organized and existing under the laws of the State of New York.

7.     Upon information and belief, Defendant Shein Distribution Corp. ("SDC") is a Delaware corporation and is doing business in and with the State of California and this District, including through its principal address at 757 S. Alameda St., Ste. 340, Los Angeles, CA 90021.

8.     Upon information and belief, Defendant Zoetop Business Co., Ltd., individually and doing business as Shein (collectively with SDC, "Shein") is a Hong Kong private limited company that is doing business with the State of California,

including through its affiliated location at 757 Alameda St., Ste. 340, Los Angeles, CA 90021.

9.    Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

10.   At all times relevant hereto, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

11.   Plaintiff discovered the Infringing Products (hereinafter defined) in 2021 and had no reason to know of them prior to that time.

12.   In February 2022, Plaintiff sent correspondence to Defendants in an attempt to resolve this dispute without litigation. Defendants failed to meaningfully respond, necessitating this action.

## **CLAIMS RELATED TO SUBJECT DESIGN A**

13.   Plaintiff owns an original two-dimensional artwork that is used for lace production, entitled internal design number 410, and registered with the U.S. Copyright Office ("Subject Design A.")

///

14.     Prior to the acts complained of herein, Plaintiff sampled and sold lace bearing Subject Design A to numerous parties in the fashion and apparel industries.

15.     Plaintiff has not authorized Defendants to copy, reproduce, duplicate, disseminate, distribute, or create derivative works of Subject Design A.

16.     Following Plaintiff's display and distribution of Subject Design A, Defendants, and each of them, created, manufactured, caused to be manufactured, imported, distributed, offered for sale, sold, displayed, reproduced, and/or otherwise used lace and/or fabric featuring a design that is strikingly and/or substantially similar to Subject Design A without a license, authorization, or consent from Plaintiff ("Infringing Product A.") Representative examples of Subject Design A and Infringing Product A are below:

| SUBJECT DESIGN A | INFRINGING PRODUCT A |
|---|---|
| Design 410 | Lace Cuff Belted Satin Night Robe<br>https://us.shein.com/Lace-Cuff-Belted-Satin-Night-Robe-p-1860399-cat-2334.html?scici=Search~~EditSearch~~1~~lace~~~0~~0<br> |

COMPLAINT



17.    The above comparison makes apparent that the elements, composition, arrangement, layout, and appearance of the design on Infringing Product A is substantially similar to Subject Design A.

### CLAIMS RELATED TO SUBJECT DESIGN B

18.    Plaintiff owns an original two-dimensional artwork that is used for lace production, entitled internal design number 608, and registered with the U.S. Copyright Office ("Subject Design B.")

19.    Prior to the acts complained of herein, Plaintiff sampled and sold lace bearing Subject Design B to numerous parties in the fashion and apparel industries.

20.    Plaintiff has not authorized Defendants to copy, reproduce, duplicate, disseminate, distribute, or create derivative works of Subject Design B.

21.    Following Plaintiff's display and distribution of Subject Design B, Defendants, and each of them, created, manufactured, caused to be manufactured, imported, distributed, offered for sale, sold, displayed, reproduced, and/or otherwise used lace and/or fabric featuring a design that is strikingly and/or substantially similar to Subject Design B without a license, authorization, or consent from Plaintiff

("Infringing Products B.") Representative examples of Subject Design B and

Infringing Product B are below:

| SUBJECT DESIGN B | INFRINGING PRODUCTS B |
|---|---|
| Design 608 <br><br>  | Lace Trim Knot Shoulder Cami Dress <br> https://us.shein.com/Lace-Trim-Knot-Shoulder-Cami-Dress-p-2013483-cat-1727.html?scici=Search~~EditSearch~~1~~lace~~~0~~0 <br><br>  |

Design 608



## Contrast Lace Ribbed Knit Top

https://us.shein.com/Contrast-Lace-Ribbed-Knit-Top-p-2183431-cat-2217.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





Design 608



### Contrast Lace Satin Pajama Set

https://us.shein.com/Contrast-Lace-Satin-Pajama-Set-p-677687-cat-2343.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





Design 608



### Lace Panel Solid Slit Skirt
https://us.shein.com/Lace-Panel-Solid-Slit-Skirt-p-1991617-cat-1732.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





9

Design 608



### Lace Trim Knot Shoulder Cami Dress
https://us.shein.com/Lace-Trim-Knot-Shoulder-Cami-Dress-p-2013483-cat-1727.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





Design 608

D&M Lace Trim Tied Backless
Jackquard Cami Dress
https://us.shein.com/Lace-Trim-Tied-Backless-
Jacquard-Cami-Dress-p-2422817-cat-
1727.html?scici=Search~~EditSearch~~1~~lace
~~~~0~~0





Design 608



### Leopard Lace Trim Halter Bikini Swimsuit

https://us.shein.com/Leopard-Lace-Trim-Halter-Bikini-Swimsuit-p-2158736-cat-1866.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





Design 608

### Polka Dot Contrast Lace Satin Cami PJ Set

https://us.shein.com/Polka-Dot-Contrast-Lace-Satin-Cami-PJ-Set-p-1335659-cat-2343.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0







Design 608



MIUSOL Zip Black Lace Bodice Chiffon Prom Dress

https://us.shein.com/Zip-Back-Lace-Bodice-Chiffon-Prom-Dress-p-1419102-cat-1727.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





22.     The above comparison makes apparent that the elements, composition, arrangement, layout, and appearance of the designs on Infringing Products B are substantially similar to Subject Design B.

### CLAIMS RELATED TO SUBJECT DESIGN C

23.     Plaintiff owns an original two-dimensional artwork that is used for lace production, entitled internal design number 688, and registered with the U.S. Copyright Office ("Subject Design C.")

24.     Prior to the acts complained of herein, Plaintiff sampled and sold lace bearing Subject Design C to numerous parties in the fashion and apparel industries.

25.     Plaintiff has not authorized Defendants to copy, reproduce, duplicate, disseminate, distribute, or create derivative works of Subject Design C.

26.     Following Plaintiff's display and distribution of Subject Design C, Defendants, and each of them, created, manufactured, caused to be manufactured, imported, distributed, offered for sale, sold, displayed, reproduced, and/or otherwise used lace and/or fabric featuring a design that is strikingly and/or substantially similar to Subject Design C without a license, authorization, or consent from Plaintiff ("Infringing Products C.") Representative examples of Subject Design C and Infringing Products C are below:

///

///

///

COMPLAINT

| SUBJECT DESIGN C | INFRINGING PRODUCTS C |
|---|---|
| Design 688  | Contrast Lace Cami Dress<br>https://us.shein.com/Contrast-Lace-Cami-Dress-p-2387222-cat-1727.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0   |

Design 688



Criss Cross Eyelash Lace Satin Romper

https://us.shein.com/Criss-Cross-Eyelash-Lace-Satin-Romper-p-727043-cat-2342.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





COMPLAINT

Design 688



Eyelash Lace Satin Cami PJ Set
https://us.shein.com/Eyelash-Lace-Satin-Cami-
PJ-Set-p-778549-cat-
2343.html?scici=Search~~EditSearch~~1~~lace
~~~~0~~0





Design 688



### Lace Panel Satin Cami Dress

https://us.shein.com/Lace-Panel-Satin-Cami-Night-Dress-p-2299531-cat-2337.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





Design 688



Lace Trim Floral Satin Cami Top & Shorts Night Set

https://us.shein.com/Lace-Trim-Floral-Satin-Cami-Top-Shorts-Night-Set-p-2105624-cat-2343.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





Design 688



Lace Trim Floral Satin Cami Top & Shorts Night Set

https://us.shein.com/Lace-Trim-Floral-Satin-Cami-Top-Shorts-Night-Set-p-2105642-cat-2343.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





Design 688



Lace Trim Floral Satin Cami Top & Shorts Night Set

https://us.shein.com/Lace-Trim-Floral-Satin-Cami-Top-Shorts-Night-Set-p-2105658-cat-2343.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





COMPLAINT

Design 688



### Lace Trim Floral Satin Top & Shorts Night Set

https://us.shein.com/Lace-Trim-Floral-Satin-Top-Shorts-Night-Set-p-1925242-cat-2343.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





### Lace Trim Satin Cami Night Set
https://us.shein.com/Lace-Trim-Satin-Cami-Night-Set-p-1542029-cat-2343.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0

Design 688







COMPLAINT

Design 688



### Lace Trim Satin Cami Night Set

https://us.shein.com/Lace-Trim-Satin-Cami-Night-Set-p-1972922-cat-2343.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





COMPLAINT

Design 688



### Lace Trim Satin Cami Night Set
https://us.shein.com/Lace-Trim-Satin-Cami-Night-Set-p-2119160-cat-2343.html?scici=Search~~EditSearch~~1~~lace~~~~0~~





COMPLAINT

Design 688



### Lace Trim Satin Cami Top & Shorts PJ Set

https://us.shein.com/Lace-Trim-Satin-Cami-Top-Shorts-PJ-Set-p-1930525-cat-1880.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





Design 688



### SHEIN Lace Trim Solid Sleep Romper
https://us.shein.com/Lace-Trim-Solid-Sleep-Romper-p-2104275-cat-2342.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





Design 688



Satin Contrast Lace Backless Cami Night Romper

https://us.shein.com/Satin-Contrast-Lace-Backless-Cami-Night-Romper-p-2219036-cat-2342.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





Design 688



### Satin Lace Trimed Criss Cross Night Romper

https://us.shein.com/Satin-Lace-Trimed-Criss-Cross-Night-Romper-p-2312309-cat-2342.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





27.     The above comparison makes apparent that the elements, composition, arrangement, layout, and appearance of the designs on Infringing Products C are substantially similar to Subject Design C.

**CLAIMS RELATED TO SUBJECT DESIGN D**

28.     Plaintiff owns an original two-dimensional artwork that is used for lace production, entitled internal design number 845, and registered with the U.S. Copyright Office ("Subject Design D.")

29.     Prior to the acts complained of herein, Plaintiff sampled and sold lace bearing Subject Design D to numerous parties in the fashion and apparel industries.

30.     Plaintiff has not authorized Defendants to copy, reproduce, duplicate, disseminate, distribute, or create derivative works of Subject Design D.

31.     Following Plaintiff's display and distribution of Subject Design D, Defendants, and each of them, created, manufactured, caused to be manufactured, imported, distributed, offered for sale, sold, displayed, reproduced, and/or otherwise used lace and/or fabric featuring a design that is strikingly and/or substantially similar to Subject Design D without a license, authorization, or consent from Plaintiff ("Infringing Products D.") Representative examples of Subject Design D and Infringing Products D are below:

| SUBJECT DESIGN D | INFRINGING PRODUCTS D |
|---|---|
| Design 845 | Contrast Lace Belted Satin Robe<br>https://us.shein.com/Contrast-Lace-Belted-Satin-Night-Robe-p-2335851-cat-2334.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0  |

Design 845



SHEIN Floral Lace Trim Night Dress
https://us.shein.com/Floral-Lace-Trim-Night-
Dress-p-2318863-cat-
2209.html?scici=Search~~EditSearch~~1~~lace
~~~~0~~0





Design 845

Floral Print Contrast Lace Night Dress
https://us.shein.com/Floral-Print-Contrast-Lace-Night-Dress-p-2094476-cat-2337.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0







COMPLAINT

### 3pack Contrast Lace Cami Top & Shorts & Pants Pajama Set

https://us.shein.com/3pack-Contrast-Lace-Cami-Top-Shorts-Pants-Pajama-Set-p-2114645-cat-1880.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0

Design 845





Design 845



### Lace Panel Velvet Cami Night Set

https://us.shein.com/Lace-Panel-Velvet-Cami-Night-Set-p-2147991-cat-2343.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





Design 845



### Button Front Lace Panel Satin PJ Set
https://us.shein.com/Button-Front-Lace-Panel-Satin-PJ-Set-p-1685929-cat-2343.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





Design 845



### SHEIN Leopard Lace Trim Top & Pants PJ Set

https://us.shein.com/Leopard-Lace-Trim-Top-Pants-PJ-Set-p-2325720-cat-1880.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





COMPLAINT

Design 845

SHEIN V-neck Lace Edge Split Hem Rib-knit Velvet Nightdress

https://us.shein.com/V-neck-Lace-Edge-Split-Hem-Rib-knit-Velvet-Nightdress-p-890468-cat-2337.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





COMPLAINT

Design 845



Contrast Lace Belted Satin Night Robe

https://us.shein.com/Contrast-Lace-Belted-Satin-Night-Robe-p-2079404-cat-2334.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0





| Design 845 | Contrast Lace Belted Night Robe<br>https://us.shein.com/Contrast-Lace-Belted-Satin-Night-Robe-p-2335836-cat-2334.html?scici=Search~~EditSearch~~1~~lace~~~~0~~0 |
|---|---|
|  |  |

32.    The above comparison makes apparent that the elements, composition, arrangement, layout, and appearance of the designs on Infringing Products D are substantially similar to Subject Design D.

33.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights and/or in blatant disregard for Plaintiff's rights, such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious, subjecting Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement.

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

34.     Plaintiff incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

35.     Defendants, and each of them, had access to Subject Designs A-D (collectively, "Subject Designs"), including, without limitation, through (a) Plaintiff's showroom and/or design library; (b) illegally distributed copies of the Subject Designs by third-party vendors and/or DOE Defendants (e.g. international and/or overseas converters and printing mills); (c) Plaintiff's strike-offs and samples; and/or (d) garments in the marketplace manufactured with lawfully printed lace bearing the Subject Designs.

36.     One or more of the Defendants manufactures garments and/or is a garment vendor. Said Defendant(s) has/have an ongoing business relationship with Defendant retailers, and each of them, and supplied garments including Infringing Products A-D (collectively, "Infringing Products") to said retailers, which garments infringed the Subject Designs in that said garments were composed of fabric which featured unauthorized lace designs that were identical or substantially similar to the Subject Designs, or were illegal derivations or modifications thereof.

37.     Defendants, and each of them, infringed Plaintiff's copyrights by creating, making, and/or developing directly infringing and/or derivative works from the Subject Designs and by producing, distributing, importing, and/or selling

garments which infringe the Subject Designs through a nationwide network of retail stores, catalogues, and through on-line websites, including without limitation on Defendants' website at *us.shein.com*.

38.     Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

39.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Designs in an amount to be established at trial.

40.     Upon information and belief, Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge, or in reckless disregard, of Plaintiff's copyrights in the Subject Designs, such that said acts of copyright infringement were, and continue to be, willful.

## SECOND CLAIM FOR RELIEF

*(For Vicarious and/or Contributory Copyright Infringement – Against all Defendants, and Each)*

41.     Plaintiff incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

42.     Defendants knowingly induced, participated in, aided and abetted in, and profited from the illegal reproduction and/or subsequent sales of garments featuring the Subject Designs as alleged herein.

43.     Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

44.     By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Plaintiff has suffered and will continue to

suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

45.     Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Designs, in an amount to be established at trial.

46.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement.  Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a.   That Defendants, their agents and employees, and anyone working in concert with Defendants and/or their agents, be enjoined from importing, manufacturing, distributing, offering for sale, selling, or otherwise trafficking any product that infringes Plaintiff's copyrights in the Subject Designs, including the Infringing Products;

b.   That Plaintiff be awarded all Defendants' profits, plus all Plaintiff's losses, attributable to Defendants' infringement; or alternatively, if elected, statutory damages under 17 U.S.C. § 504;

c.   That Plaintiff be awarded its attorneys' fees under 17 U.S.C. § 505;

d.   That Plaintiff be awarded pre-judgment interest as allowed by law;

e.   That Plaintiff be awarded the costs of this action; and

f.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: August 28, 2023

Respectfully submitted,

By:  _____

Trevor W. Barrett, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

COMPLAINT