Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KLAUBER BROTHERS, INC., Plaintiff, v. SHEIN DISTRIBUTION CORP., et al., Defendants. | Case No. 2:23-cv-07111-MEMF-JPR <u>*Hon. Maame Ewusi-Mensah Frimpong Presiding*</u> **STIPULATION TO DISMISS ACTION** |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Klauber Brothers, Inc. and Defendants Shein Distribution Corp. and Zoetop Business Co. Ltd. d/b/a "SHEIN" hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Dated: May 31, 2024    By:   */s/ Trevor W. Barrett*
Trevor W. Barrett, Esq.
Kelsey M. Schultz, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

Dated: May 31, 2024    By:   */s/ Nina D. Boyajian*
Nina D. Boyajian, Esq.
Lori Chang, Esq.
Caroline Korpiel, Esq.
GREENBERG TRAURIG, LLP
*Attorneys for Defendants*

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.